**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JOAN MARY REGA,                       :   No. 31 WM 2017

              Petitioner       :

          v.                :

HON. FARLEY TOOTHMAN, GREEN   :
COUNTY COURT OF COMMON PLEAS;  :
SOUTHWESTERN AREA AGENCY ON   :
AGING, L.L.C.,                     :

          Respondents     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of June, 2017, the Petition for Review in the Nature of a Complaint in Mandamus is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.